**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**WANDA CONNER, INDIVIDUALLY AND
AS THE REPRESENTATIVE FOR THE
WRONGFUL DEATH BENEFICIARIES
OF TERRY MARCHBANKS,                                                    PLAINTIFFS,**

**VS.                                                    CIVIL ACTION NO. 4:06CV080-P-B**

**HARDWARE DISTRIBUTION WAREHOUSES, INC.,                DEFENDANT.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Summary Judgment [63] is hereby **GRANTED**; therefore,

(2) The plaintiffs' claims against the defendant are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED**.

**SO ORDERED** this the 7th day of September, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE